UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re.
**Yoselyn Rodriguez**

Debtor(s). _____ /

Case No: _____
Chapter [ **X** ] 7 or [ ] 13

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) Bankruptcy Rule 2016(b), and Local Rule 2016-1, I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, we have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,250 . |
| Prior to the filing of this statement, we received. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 1,250 . |
| If Chapter 13, we have agreed to accept in the plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ N/A . |
| For office costs, we have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 75.00 . |
| We have accepted for a credit report of the debtor(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 75.00 . |
| We have accepted for a budget briefing session of the debtor(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 30.00 . |
| We have accepted for an Accurint report of the debtor(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 10.00 . |
| We have accepted for the financial education course of the debtor(s) . . . . . . . . . . . . . . . . . . . . . . . . | $ N/A . |

2. The source of the compensation paid to us was:
   [ **X** ] the Debtor or [ ] Other _____

3. The source of the compensation to be paid to us is:
   [ ] the Debtor or [ ] Other _____

4. We have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of our law firm.

5. In return for the above-disclosed fee, we have agreed to render legal services for certain aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation and rendering advice to the debtor in determining whether to file a petition in bankruptcy and which Chapter is appropriate;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan that may be required;
   c. Representation of the debtor at one (1) meeting of creditors and all confirmation hearings.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b. Depositions of the debtor(s) or third parties;
   c. Real Estate, accounting or tax services.

7. In court filing fees, we have received $335 if this is a Chapter 7.

8. By written Retainer Agreement with the debtor(s) that comports with the requirements of 11 U.S.C. §§ 526, 527 and 528,, we have agreed to provide additional services to the debtor(s), if reasonable and necessary, on the fee schedule indicated in the agreement.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

KINGCADE & GARCIA, P.A
Counsel for the Debtor
Kingcade Building
1370 Coral Way • Miami, Florida 33145-2960
www.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 • Facsimile: 305-285-9542

☐ Timothy S. Kingcade, Esq., FBN 082309
☒ Wendy Garcia, Esq., FBN 0865478
☐ Jessica L. McMaken, Esq., FBN 580163